**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6720**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

STEVEN CHARLES PATTERSON,

    Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:08-cr-00010-MR-4)

_____

Submitted: August 9, 2012     Decided: August 14, 2012

_____

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven Charles Patterson, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Charles Patterson appeals the district court's order granting his motion pursuant to 18 U.S.C. § 3582 (2006) for a sentence reduction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Patterson, No. 1:08-cr-00010-MR-4 (W.D.N.C. Apr. 3, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED